IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHEILA A. DUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 10-cv-0139-MJR-CJP |
| | ) |
| THE DESCO GROUP, INC. and | ) |
| SCHNUCK MARKETS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

REAGAN, District Judge:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** Plaintiff's unopposed motion to voluntarily dismiss (Doc. 7) and **DISMISSES** this action without prejudice, each party to bear her/its own costs.

IT IS SO ORDERED.

DATED March 11, 2010.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge